UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN MONTGOMERY GRIFFITHS (1),<br><br>　　　　Defendant. | Case No. 24CR1061-BAS<br><br>AMENDED ORDER OF CRIMINAL FORFEITURE |
|---|---|

　　On April 01, 2025, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of JOHN MONTGOMERY GRIFFITHS ("Defendant") in the following specific properties pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2):

　　　　a. $3,417.00 in U.S. Currency; and

　　　　b. $72,000.00 in U.S. Currency; and

　　　　c. .38 caliber Smith and Wesson revolver with serial number DMZ2148; and

　　　　d. SDS Imports NKX-3 semi-automatic 12-guage assault style shotgun with serial number AS01408; and

　　On July 11, 2025, during the Sentencing hearing of Defendant, this Court determined that the above firearms were not connected of the offense; and

1     On May 09, 2025, the $3,417.00 in U.S. Currency was administratively forfeited by the U.S. Drug Enforcement Administration in uncontested proceedings, after notice to the Defendant and publication of notice to all potential parties in interest; and

    For thirty (30) consecutive days ending on May 15, 2025, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the currency in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the currency.

    On April 17, 2025, the United States sent the Notice of Order of Forfeiture to potential third parties by Federal Express mail as follows:

| Name and Address | Tracking No. | Result |
| --- | --- | --- |
| John Griffiths<br>c/o Roseline Dergregorian Feral<br>5025 February Street<br>San Diego, CA 92110 | 8806 2657 7515 | Delivered 4/18/25 |
| John Griffiths<br>3177 C Street<br>San Diego, CA 92102 | 8806 2704 8658 | Delivered 4/18/25 |
| John Griffiths<br>San Diego Central Jail<br>1173 Front Street<br>San Diego, CA 92101 | 8806 2724 4073 | Delivered 4/18/25 |
| Joseph Brooks<br>6664 Reservoir Lane<br>San Diego, CA 92115 | 8806 2747 0889 | Delivered 4/21/25 |
| Fiona Halder<br>c/o David L Baker<br>419 19th Street<br>San Diego, CA 92101 | 8806 2765 0996 | Delivered 4/18/25 |
| Fiona Halder<br>106 West Pennsylvania Ave,<br>Apt. 36<br>Redlands, CA 92374 | 8806 2789 3230 | Delivered 4/21/25 |

| Name and Address | Tracking No. | Result |
|---|---|---|
| Jessica Lee Van Ruiten<br>3177 C Street<br>San Diego, CA 92102 | 8806 2795 5014 | Delivered 4/18/25 |
| John Griffiths<br>6664 Reservoir Lane<br>San Diego, CA 92115 | 8806 2663 8234 | Delivered 4/21/25 |
| John Griffiths<br>13754 Mango Drive, Unit 106<br>Del Mar, CA 92014 | 8806 2711 5420 | Delivered 4/18/25 |
| Joseph Brooks<br>c/o Marc Levinson<br>225 Broadway<br>Suite 900<br>San Diego, CA 92101 | 8806 2732 0491 | Delivered 4/18/25 |
| Joseph Brooks<br>5505 Adelaide Avenue, Apt. 13<br>San Diego, CA 92115 | 8806 2755 6616 | Delivered 4/18/25 |
| Fiona Halder<br>6664 Reservoir Lane<br>San Diego, CA 92115 | 8806 2774 5967 | Delivered 4/21/25 |
| Fiona Halder<br>106 West Pennsylvania Ave, Apt. 2010<br>Redlands, CA 92374 | 8806 2783 4594 | Delivered 4/18/25 |
| Jessica Lee Van Ruiten<br>3616 44th Street<br>San Diego, CA 92105 | 8806 2805 4557 | Delivered 4/18/25 |

Thirty (30) days have passed following the final date of notice by publication and notice by Federal Express and no third party has made a claim to or declared any interest in the currency described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title, and interest of JOHN MONTGOMERY GRIFFITHS and any and all third parties, including Jessica Lee Van Ruiten, Joseph Brooks, and Fiona Halder, in the $72,000.00 in U.S. Currency is

1 | hereby forfeited to the United States pursuant to Title 21, United States Code,
2 | Sections 853(a)(1) and 853(a)(2), and all rights, title and interest in them are vested in
3 | the United States of America.

4 |     The Court reaffirms the completed administrative forfeiture proceedings as to
5 | the $3,417.00 in U.S. Currency.

6 |     IT IS FURTHER ORDERED the U.S. Drug Enforcement Administration and
7 | U.S. Marshals Service shall dispose of the $72,000.00 in U.S. Currency forthwith in
8 | accordance with the law and shall deposit the proceeds thereof into the Asset Forfeiture
9 | Fund.

10 | DATED: 7-14-25

Hon. Cynthia Bashant, Chief Judge
United States District Court